AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEONARD P. MACHULAS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:25-cv-77

M. BOOGS,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated March 25, 2026, the Report and Recommendations of the U.S. Magistrate Judge are adopted as the opinion of this Court. Therefore, the defendant's Motion to Dismiss is granted, in part and dismissed, in part.  Plaintiff's Amended Complaint is dismissed and this case stands closed.



March 25, 2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*James R. Burell*

*(By) Deputy Clerk*

GAS Rev 10/2020